FILED MAR 16 '18 PM 2:33 USDCALS

## Declaration Under Penalty of Perjury of Darryl Riggins #184051

Darryl Riggins being competent to make this declaration and having personal knowledge of the matter stated therein declares pursuant to 28 U.S.C. § 1746

I Darryl Riggins do have over 20 lawsuits that has been filed and dismissed for numerous reasons as it pertains to the prior or previous filed lawsuits of the complaint I can not remember them all nor do I have the paperwork of all cases previously filed

Pursuant to 28 U.S.C § 1746 I declare under penalty of perjury that the foregoing is true and correct

Executed on the 5th day of Mar. 2018

Darryl Riggins